\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **DIANA L. CAESAR,** | : | |
| Plaintiff, | : | Case No. **2:09-CV-570** |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | Magistrate Judge Abel |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 20, 2010 Opinion and Order, Defendant's Motion for Judgment on the Administrative record is **GRANTED**. Plaintiff's Motion for Judgment on the Administrative Record is **DENIED.** This case is **DISMISSED**.

Date: **September 20, 2010**       James Bonini, Clerk

                                   s/Betty L. Clark
                                   Betty L. Clark/Deputy Clerk